120 P.3d 210

**Lona KELLEY**

v.

**JOSEPH ABDO/COBRE HOSPITAL**

**No. CV–05–0138–PR.**

Supreme Court of Arizona.

Sept. 27, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: Defendant Abdo's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Chief Justice McGREGOR and VICE Chief Justice BERCH voted to grant review.